NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIRIUS XM RADIO INC.,**
*Appellant*

**v.**

**FRAUNHOFER-GESELLSCHAFT ZUR FORDERUNG DER ANGEWANDTEN FORSCHUNG E.V.,**
*Appellee*

---

2020-2319

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00690.

---

**JUDGMENT**

---

MARK BAGHDASSARIAN, Kramer Levin Naftalis & Frankel LLP, New York, NY, argued for appellant. Also represented by JONATHAN CAPLAN, SHANNON H. HEDVAT, JEFFREY PRICE.

DAVID C. MCPHIE, Irell & Manella LLP, Newport Beach, CA, argued for appellee. Also represented by BEN J. YORKS, KAMRAN VAKILI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 7, 2021          /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                Clerk of Court